UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff/Respondent,

v.                                                                    Case No.  12-20421

Marvin Hudgins,                                          Sean F. Cox
                                                                    United States District Court Judge

    Defendant/Movant.
_____/

## ORDER ADOPTING
## 5/31/16 REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff/Respondent Marvin Hudgins ("Hudgins") filed a Motion under § 2255 to Vacate, Set Aside, or Correct Sentence.

This Court referred the motion to Magistrate Judge David Grant for issuance of a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 31, 2016, Magistrate Judge Grant issued a "Report and Recommendation To Deny Defendant's Motion Under § 2255 To Vacate, Set Aside, Or Correct Sentence" (Docket Entry No. 77) ("the R&R"), wherein he recommends that "Hudgins' Motion Under § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. #49) be DENIED, and that a certificate of appealability also be DENIED."  (R&R at 1-2).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the May 31, 2016 R&R.

IT IS FURTHER ORDERED that Hudgins's § 2255 Motion is DENIED and that the Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated:  June 27, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2016, by electronic and/or ordinary mail.

                                                S/Jennifer McCoy
                                                Case Manager